UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20297-CR-Moore/Garber

UNITED STATES OF AMERICA,

v.

ROBERT SHAW,

     Defendant.
_____/

## ORDER

THE COURT entered a Report and Recommendation this date recommending that the defendant's Motion to Suppress be denied. Upon due consideration, it is hereby

ORDERED that any objections to said Report and Recommendation shall be considered by U.S. District Judge K. Michael Moore immediately prior to the scheduled commencement of the trial on June 25th, 2007.

DONE AND ORDERED in Chambers at Miami, Florida this 14th day of June, 2007.

                                      BARRY L. GARBER
                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge K. Michael Moore
Counsel of record