UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20297-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

ROBERT SHAW
#78648-004,

    Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE'S SUPPLEMENTAL REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Barry L. Garber's Supplemental Report and Recommendation [26] on Defendant's Motion to Suppress Statements and Physical Evidence [17]. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation issued June 19, 2007 is hereby **ADOPTED**.

DONE AND ORDERED in Chambers at Miami, Florida this 24th day of July, 2007.

                            K. MICHAEL MOORE
                            UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record